FOURTH DEPARTMENT, DECEMBER, 1970

(December 3, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS YOUNG, Appellant.—

Present —
Goldman, P. J., Marsh, Gabrielli, Moule and Henry, JJ.